**Exhibit A to the Complaint**

**Location:** Smithtown, NY

**Total Works Infringed:** 59

**IP Address:** 47.18.153.205

**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 04/24/2018 01:06:17 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 2 | 01212E74E57C63FF903ADAD51C04FBF063E33E8B | Tushy | 11/08/2017 10:17:38 | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 3 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/23/2018 21:51:08 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 4 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 02/05/2018 10:20:31 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 5 | 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4 | Tushy | 02/02/2018 10:19:00 | 01/31/2018 | 02/07/2018 | 16288762311 |
| 6 | 0D6FADCB601F5F2DA307D2B6E498C67BE837AACC | Blacked | 02/15/2018 21:49:55 | 02/14/2018 | 03/02/2018 | 16331855691 |
| 7 | 0E375E71C9D654DC32B3C699D52FDDEC6945209E | Tushy | 04/03/2018 08:13:58 | 04/01/2018 | 04/07/2018 | 16490950302 |
| 8 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 03/13/2018 20:18:07 | 03/12/2018 | 04/07/2018 | 16490992492 |
| 9 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/22/2017 15:13:08 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 10 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/17/2017 08:04:41 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 11 | 16555D0B42BC0D3EC0E225C35FE3B0B4BF58F4BE | Blacked | 04/11/2018 09:25:11 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 12 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 21:26:33 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 13 | 1C73345689F4362108CA107819CF4E15E359D7A6 | Vixen | 02/14/2018 21:04:18 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 14 | 1CFA1A2D048B2B19BAE4AA5BF782E66D34B67A63 | Blacked | 11/27/2017 10:17:21 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 15 | 1D2FD532FA5B617A184A7544DBE4E872B1D9D43F | Vixen | 01/27/2018 05:05:59 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 16 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/17/2018 10:22:39 | 01/14/2018 | 01/22/2018 | PA0002101751 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/07/2018 10:30:21 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 18 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/13/2017 10:25:36 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 19 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 01/29/2018 22:30:59 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 20 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/22/2018 06:58:57 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 21 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/27/2017 07:42:26 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 22 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 02/06/2018 10:23:30 | 02/05/2018 | 02/07/2018 | 16288499121 |
| 23 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/26/2017 16:26:31 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 24 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 12/28/2017 11:01:28 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 25 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 02/05/2018 10:17:50 | 02/03/2018 | 02/07/2018 | 16288499183 |
| 26 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 11/30/2017 00:06:23 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 27 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 03/28/2018 09:21:33 | 03/27/2018 | 04/07/2018 | 16490950464 |
| 28 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/22/2017 10:16:50 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 29 | 45425209566F2AA2F088B2BF0B383880305077CC | Vixen | 11/01/2017 11:54:46 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 30 | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 03/29/2018 11:29:54 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 31 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | Tushy | 03/18/2018 17:22:05 | 03/17/2018 | 04/07/2018 | 16490992381 |
| 32 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/21/2018 10:12:34 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 33 | 637973CB536525CD32F7FFDC054B4E1B9742D7FA | Tushy | 11/22/2017 22:17:58 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 34 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/17/2017 10:16:13 | 11/16/2017 | 11/21/2017 | PA0002098042 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/16/2017 11:21:08 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 36 | 733188B563BF15CED19162980E4D587EC3C32F1D | Vixen | 01/07/2018 10:33:59 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 37 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/11/2018 22:45:19 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 38 | 7A2AE90A9B82962BD337CF3CFEBECCA891546447 | Tushy | 12/03/2017 20:12:36 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 39 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/13/2017 10:18:31 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 40 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | Vixen | 04/25/2018 06:31:33 | 04/24/2018 | 05/19/2018 | 16665915302 |
| 41 | 91936A8425FA5FC7FB9C25D4ED90C067D5EB475C | Tushy | 12/20/2017 21:56:51 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 42 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/23/2017 14:30:38 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 43 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/14/2017 10:15:26 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 44 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | Blacked | 04/26/2018 09:07:24 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 45 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 02/11/2018 08:38:52 | 02/10/2018 | 02/17/2018 | 16288498992 |
| 46 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | Blacked Raw | 02/12/2018 10:39:48 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 47 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/03/2018 04:01:07 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 48 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/27/2017 07:43:07 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 49 | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | Blacked | 04/01/2018 09:04:40 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 50 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 11/28/2017 10:20:34 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 51 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/17/2018 19:08:21 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 52 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 05/15/2018 09:19:58 | 05/14/2018 | 05/19/2018 | 16665915595 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 04/03/2018 08:13:40 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 54 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 04/06/2018 09:00:04 | 04/04/2018 | 04/07/2018 | 16490951145 |
| 55 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 10:19:31 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 56 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 01/21/2018 12:08:50 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 57 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 10:19:42 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 58 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/06/2018 15:51:20 | 04/05/2018 | 04/07/2018 | 16490992430 |
| 59 | E7C167B7DCE7837A2A6C8DBD3F939893FBBE912E | Tushy | 05/02/2018 16:24:58 | 05/01/2018 | 05/19/2018 | 16665887555 |